**33374, 33375, 33376. PARKER v. THE STATE (three cases).**

MacIntyre, P.J. Where, upon a trial for assault with intent to murder, the defendant in his statement to the jury admits firing at the prosecutor but claims the shot was fired in self-defense and under circumstances of justification with no intention to kill, but there is evidence authorizing the jury to disbelieve the defendant's claim of self-defense and circumstances of justification, this court will not, upon a motion for a new trial based solely upon the general grounds, disturb a verdict finding the defendant guilty of shooting at another, not in his own defense. *Close* v. *State,* 70 *Ga. App.* 498 (28 S. E. 2d, 672); *Barnes* v. *State,* 71 *Ga. App.* 9 (29 S. E. 2d, 919); *Battle* v. *State,* 73 *Ga. App.* 476 (36 S. E. 2d, 873); *Fallon* v. *State,* 5 *Ga. App.* 659 (63 S. E. 806). The court did not err in overruling the motions for a new trial.

*Judgments affirmed. Gardner and Townsend, JJ., concur.*

DECIDED APRIL 3, 1951.

682

*Edward J. Goodwin*, for plaintiff in error.

*Andrew J. Ryan Jr., Solicitor-General, Sylvan A. Garfunkel, Herman W. Coolidge*, contra.